ALFRED S. HUBBELL, Trustee, etc., et al., Appellants, *v.* JOSEPH MEDBERY et al., Respondents.

(Argued September 17, 1873; decided January term, 1874.)

DECIDED on the authority of *Miner* v. *Beekman* (50 N. Y., 338); *Hubbell* v. *Sibley* (id., 468); and *Hubbell* v. *Medbury* (53 id., 98).

*Charles Mason* for the appellants.

*William F. Cogswell* for the respondents.

Mem. *per Curiam* for affirmance.
All concur.
Judgment affirmed.